**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 16-00007 (KBJ)** |
| : | |
| **Victor Santiago,** : | |
| : | |
| **Defendant.** : | |

_____

## GOVERNMENT'S MOTION TO REASSIGN CASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to reassign United States v. Victor Santiago, 16-00007 to Judge Christopher Cooper.

On January 12, 2016, a Grand Jury returned an indictment against Victor Santiago. The government should have alerted the clerk's office that this case relates to United States v. William Estrada, et al., 15-148 (CRC), and United States v. Julio Cordova, et al., 15-149 (CRC). These cases arise from a common wiretap, as well as from activities which are part of the same alleged criminal events and transactions. Pursuant to LCrR 57.12(a)(1), the government requests that this case be assigned to Judge Cooper.

1

        Respectfully Submitted,

        Channing D. Phillips
        UNITED STATES ATTORNEY


BY:    _____/s/_____
        JEFF PEARLMAN (D.C. Bar No. 466-901)
        Assistant United States Attorneys
        District of Columbia
        555 4th Street, N.W., 4th Floor
        Washington, D.C. 20530
        (202) 252-7228 (Pearlman)
        Jeffrey.Pearlman@usdoj.gov